1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA 94104
   Telephone:    (415) 697-2000
5  Facsimile:    (415) 813-2045

6  Attorneys for Defendant
   CITY OF ARCATA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CHRISTOPHER ZOELLNER, IN PRO SE,<br><br>               Zoellner,<br><br>  v.<br><br>CITY OF ARCATA, CITY OF ARCATA POLICE DEPARTMENT'S CHIEF OF POLICE TOM CHAPMAN IN HIS INDIVIDUAL CAPACITY AND DOES 1-53 INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS A POLICE OFFICER FOR THE CITY OF ARCATA, INCLUSIVE.<br><br>               Defendants. | Case No. 1:18-cv-04471-EMC<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

///
////
///
///
///
///
///
///

**TO THE COURT:**

The parties have met-and-conferred and, pursuant to FRCP 15(a)(2), hereby stipulate that Plaintiff KYLE CHRISTOPHER ZOELLNER ("Plaintiff") may file a First Amended Complaint ("FAC"). Plaintiff's deadline to file a FAC is Friday, May 3, 2019.

Dated: April 15, 2019                    ALLEN, GLAESSNER,
                                         HAZELWOOD & WERTH, LLP


                                         By: */s/ Dale L. Allen Jr.*
                                            DALE L. ALLEN, JR.
                                            KEVIN P. ALLEN
                                            Attorneys for Defendant
                                            CITY OF ARCATA


Dated: April 15, 2019

                                         By: */s/*
                                            KYLE ZOELLNER
                                            Pro Per


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____                       _____
                                         HON. EDWARD M. CHEN
                                         U.S. DISTRICT JUDGE