# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 11, 2022    **Time:** 6:49    **Judge:** JACQUELINE SCOTT CORLEY

**Case No.:** 18-cv-04471-JSC    **Case Name:** Kyle Zoellner v. Eric Losey

**Attorney for Plaintiff:** Elizabeth Zareh
**Attorneys for Defendant Losey:** Patrick Moriarty/John Robinson

**Deputy Clerk:** Ada Means    **Court Reporter:** Ana Dub

## PROCEEDINGS

Jury trial (Day 6) held. Further examination of **Kyle Zoellner** by Ms. Zareh and Mr. Moriarty. **Devin Nilsen** was sworn and examined by Ms. Zareh and Mr. Robinson. Both sides rested. Closing and rebuttal statement for Plaintiff presented by Ms. Zareh. Closing statement for Defendant Losey presented by Mr. Moriarty. Jury commenced their deliberation.