### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-04471-JSC
Case Name: Kyle Zoellner v Eric Losey

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | ATTORNEY FOR PLAINTIFF: | ATTORNEYS FOR DEFTS: |
|---|---|---|---|
| Jacqueline Scott Corley | | Elizabeth Zareh | Patrick Moriarty /John Robinson |
| TRIAL DATE: | | REPORTER: | CLERK: |
| October 11, 2022 (Day 6) | | Ana Dub | Ada Means |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Outside the presence of the jury, Court and counsel confer re: jury instructions and verdict form. | |
| | | 8:07 a.m. | | | Court stands in recess. | |
| | | 8:41 a.m. | | | Outside the presence of the jury, Court excused juror #6. | |
| | | 8:43 a.m. | | | Court reconvenes, all parties present. **Kyle Zoellner** resumes the witness stand and is under further direct examination by Ms. Zareh. | |
| | | 8:51 a.m. | | | Kyle Zoellner under cross examination by Mr. Moriarty. | |
| | 9 | 9:07 a.m. | X | | Portions of video from Nilsen's car camera played to the jury. | |
| | | 10:11 a.m. | | | The Court called for the morning recess. | |
| | | 10:26 a.m. | | | Court reconvenes, all parties present. Kyle Zoellner resumes the witness stand and is under further cross examination by Mr. Moriarty. | |
| | | 10:51 a.m. | | | Kyle Zoellner under redirect examination by Ms. Zareh. | |
| | | 10:52 a.m. | | | Kyle Zoellner under recross examination by Mr. Moriarty. | |
| | | 10:53 a.m. | | | Kyle Zoellner is excused as a witness. Plaintiff rests. | |
| | | 10:54 a.m. | | | **DEVIN NILSEN** is sworn as a witness for Defendant and is under direct examination by Mr. Robinson. | |
| | | 11:01 a.m. | | | Portions of video of Nilsen's face out camera played to the jury. | |
| | 9 | 11:18 a.m. | X | X | Devin Nilsen's in car camera. | D |
| | 12 | 11:26 a.m. | X | | Photo of knife | |
| | | 11:31 a.m. | | | Devin Nilsen under cross examination by Ms. Zareh. | |
| | | 11:34 a.m. | | | Devin Nilsen under redirect examination by Mr. Robinson. | |
| | | 11:35 a.m. | | | Devin Nilsen is excused. Defendant Losey rests. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:35 a.m. | | | The Court called for the lunch recess. | |
| | | 12:17 p.m. | | | Outside the presence of the jury, Court hears argument on Defendant's Rule 50 motion. The motion is denied. | |
| | | 12:21 p.m. | | | Court reconvenes, all parties present. The Court gave the jury their instructions. | |
| | | 12:37 p.m. | | | Closing argument for Plaintiff presented by Ms. Zareh. | |
| | | 1:12 p.m. | | | Closing argument for Defendant presented by Mr. Moriarty. | |
| | | 2:12 p.m. | | | Court called for a brief recess. | |
| | | 2:27 p.m. | | | Outside the presence of the jury, Court and counsel confer re: Fleming's testimony. | |
| | | 2:29 p.m. | | | Court reconvenes, all parties present. Rebuttal closing argument for Plaintiff presented by Ms. Zareh. | |
| | | 2:45 p.m. | | | The Court gave the jury their final jury instructions. | |
| | | 2:51 p.m. | | | The jury retires to the jury deliberation room to commence their deliberations. Court stands in recess to await the jury's verdict. | |
| | | 3:20 p.m. | | | Court is adjourned for the day, the matter is continued to October 12, 2022 for further civil jury trial. | |