# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 12, 2022   **Time:** 00:43   **Judge:** JACQUELINE SCOTT CORLEY

**Case No.:** 18-cv-04471-JSC   **Case Name:** Kyle Zoellner v. Eric Losey

**Attorney for Plaintiff:** Elizabeth Zareh
**Attorneys for Defendant Losey:** Patrick Moriarty/John Robinson

**Deputy Clerk:** Ada Means   **Court Reporter:** Ana Dub

## PROCEEDINGS

Jury trial (Day 7) held and completed. Please see trial log for complete details.