UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-04471-JSC
Case Name: Kyle Zoellner v Eric Losey

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | ATTORNEY FOR PLAINTIFF: | ATTORNEYS FOR DEFTS: |
|---|---|---|
| Jacqueline Scott Corley | Elizabeth Zareh | Patrick Moriarty /John Robinson |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| October 12, 2022 (Day 7) | Ana Dub | Ada Means |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:54 a.m. | | | All jurors are present in the jury deliberation room and resumes their deliberations. | |
| | | 8:59 a.m. | | | The Court received jury note #1. All counsel and parties were summoned. | |
| | | 9:39 a.m. | | | Outside the presence of the jury, Court and counsel confer re: jury note #1. | |
| | | 9:40 a.m. | | | The answer to jury note #1 is delivered to the jury. Court stands in recess to await the jury's call. | |
| | | 11:45 a.m. | | | The jury is in recess for lunch. | |
| | | 12:15 p.m. | | | The jury resumes their deliberations. | |
| | | 2:11 p.m. | | | The Court received jury note #2. All counsel and parties were summoned. | |
| | | 2:25 p.m. | | | Outside the presence of the jury, Court and counsel confer re: jury note #2. | |
| | | 2:28 p.m. | | | The answer to jury note #2 is delivered to the jury. Court stands in recess to await the jury's call. | |
| | | 2:42 p.m. | | | The Court received jury note #3. All counsel and parties were summoned. | |
| | | 2:50 p.m. | | | Outside the presence of the jury, Court and counsel confer re: jury note #3. | |
| | | 2:52 p.m. | | | The answer to jury note #3 is delivered to the jury. Court stands in recess to await the jury's call. | |
| | | 2:55 p.m. | | | The Court was notified that the jury has reached a verdict. | |
| | | 3:06 p.m. | | | Court reconvenes, all parties and jury are present. At the direction of the Court, the verdict is read, the jury is polled and the verdict is affirmed and recorded. | |
| | | 3:08 p.m. | | | The jury is informed that they will now hear testimony regarding punitive damages. | |
| | | 3:14 p.m. | | | ERIC LOSEY resumes the witness stand and is under examination by Mr. Moriarty. | |
| | | 3:19 p.m. | | | Eric Losey is under examination by Ms. Zareh. | |
| | | 3:24 p.m. | | | Eric Losey is excused. The Court gave the jury instructions on punitive damages. | |

|  |  | Time |  |  | Event |  |
|---|---|---|---|---|---|---|
|  |  | 3:25 p.m. |  |  | Closing statement regarding punitive damages presented by Ms. Zareh. |  |
|  |  | 3:26 p.m. |  |  | Closing statement regarding punitive damages presented by Mr. Moriarty. |  |
|  |  | 3:29 p.m. |  |  | The jury returns to the jury deliberation room to commence their deliberations on punitive damages. |  |
|  |  | 3:30 p.m. |  |  | Outside the presence of the jury, Court and counsel confer re: briefing on probable cause. |  |
|  |  | 3:32 p.m. |  |  | Court stands in recess to await the jury's call. |  |
|  |  | 3:50 p.m. |  |  | The Court received jury note #4. All counsel and parties were summoned. |  |
|  |  | 3:55 p.m. |  |  | Outside the presence of the jury, Court and counsel confer re: jury note #4. |  |
|  |  | 3:57 p.m. |  |  | The answer to jury note #4 is delivered to the jury. Court stands in recess to await the jury's call. |  |
|  |  | 4:17 p.m. |  |  | The Court received jury note #5. All counsel and parties were summoned. |  |
|  |  | 4:26 p.m. |  |  | Outside the presence of the jury, Court and counsel confer re: jury note #5. |  |
|  |  | 4:28 p.m. |  |  | The answer to jury note #5 is delivered to the jury. Court stands in recess to await the jury's call. |  |
|  |  | 4:38 p.m. |  |  | The Court was notified that the jury has reached a verdict on punitive damages. |  |
|  |  | 4:44 p.m. |  |  | Court reconvenes, all parties and jury are present. At the direction of the Court, the verdict on damages is read, the jury is polled and the verdict is affirmed and recorded. |  |
|  |  | 4:46 p.m. |  |  | The jury is thanked and discharged. Court stands in recess. |  |
|  |  | 4:55 p.m. |  |  | Court reconvenes, all parties are present. The Court will hear arguments on probable cause on October 13, 2022 at 9:00 a.m. Court is adjourned. |  |