UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CHRISTOPHER ZOELLNER,<br><br>   Plaintiff,<br><br>   v.<br><br>ERIC LOSEY,<br><br>   Defendant. | Case No. 18-cv-04471-JSC<br><br>**FINAL JURY INSTRUCTIONS ON PUNITIVE DAMAGES** |

**IT IS SO ORDERED.**

Dated: October 12, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge

**JURY INSTRUCTION NO. 22**

**PUNITIVE DAMAGES – AMOUNT**

The purposes of punitive damages are to punish a defendant and to deter similar acts in the future.  Punitive damages may not be awarded to compensate a plaintiff.

The plaintiff has the burden of proving by a preponderance of the evidence the amount of any punitive damages.

You must use reason in setting the amount.  Punitive damages, if any, should be in an amount sufficient to fulfill their purposes but should not reflect bias, prejudice, or sympathy toward any party.  In considering the amount of any punitive damages, consider the degree of reprehensibility of the defendant's conduct.

In addition, you may consider the relationship of any award of punitive damages to any actual harm inflicted on the plaintiff.