UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CHRISTOPHER ZOELLNER,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC LOSEY,<br><br>    Defendant. | Case No. 18-cv-04471-JSC<br><br>**VERDICT FORM** |

1. Was Eric Losey actively involved in causing Kyle Zoellner to be prosecuted or actively involved in continuing his prosecution?

    (X) Yes  ____ No

*If you answered yes to question 1, please answer question 2. If you answered no to question 1, stop here, answer no further, and have the presiding juror sign and date this form.*

2. Did Eric Losey act primarily for a purpose other than that of bringing Kyle Zoellner to justice?

    (X) Yes  ____ No

*If you answered yes to question 2, please answer question 3. If you answered no to question 2, stop here, answer no further, and have the presiding juror sign and date this form.*

3. Was Eric Losey's conduct a substantial factor in causing harm to Kyle Zoellner?

    (X) Yes  ____ No

*If you answered yes to questions 1, 2 and 3, please go on to questions 4 and 5. If you answered no to question 3, stop here, answer no further, and have the presiding juror sign and*

date this form.

    4.    What are Kyle Zoellner's damages?

          Non-economic                      $ 0

          Economic                            $ 726,300.

    5.    Was Eric Losey's conduct malicious, oppressive or in reckless disregard of Kyle Zoellner's rights?

    __(Yes)__            ____ No

Dated:   10-12-2022

Signed:   *Janet Oreel*
         (Presiding Juror)