UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CHRISTOPHER ZOELLNER,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC LOSEY,<br><br>  Defendant. | Case No. 18-cv-04471-JSC<br><br>**VERDICT FORM ON PUNITIVE DAMAGES** |

1. What punitive damages should be awarded to Kyle Zoellner?

    $ __50,000__

Dated: __10-12-2022__

Signed: __[signature]__
        Presiding Juror