

**Ada Means**

| | |
|---|---|
| From: | Ada Means <adahmeans@gmail.com> |
| Sent: | Wednesday, October 12, 2022 9:22 AM |
| To: | Ada Means |
| Subject: | Pix |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JACQUELINE SCOTT CORLEY    Case No. 18-cv-04471-JSC

CASE NAME: Zoellner v. Eric Losey

### NOTE FROM THE JURY

Note No. 1
Date 10-12-2022
Time 9:00 am

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   THE JURY WOULD LIKE TO SEE THE DETAIL OF DAMAGES THAT WAS SHOWN DURING TRIAL AND HOW THOSE TOTALS BREAKDOWN OR OTHER DETAILS OF THOSE CALCULATIONS.

   JANET GRELL
   Foreperson of the Jury

*No, it is not in evidence.*

*Jacqueline SC*