

## Ada Means

**From:** Ada Means <adahmeans@gmail.com>
**Sent:** Wednesday, October 12, 2022 2:13 PM
**To:** Ada Means
**Subject:** Pic

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JACQUELINE SCOTT CORLEY
CASE NAME: Zoellner v. Eric Losey
Case No. 18-cv-04471-JSC

### NOTE FROM THE JURY

Note No. 2
Date 10/12/2022
Time 2:10

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   A JURY MEMBER DOES NOT FEEL THEY HAVE ENOUGH INFO. TO DETERMINE A DOLLAR AMOUNT. WE ARE GETTING CAUGHT-UP IN THE ECONOMIC V. NON-ECONOMIC. WANTS MORE QUANTIFIERS.

   JANET GRELL
   Foreperson of the Jury

*Jury Instruction Numbers 14 and 15 govern your determination with regard to damages. You can only decide the case based on the evidence ~~submitted~~ admitted at trial.*

/s/ JSC

1