

**Ada Means**

| | |
|---|---|
| From: | Ada Means <adahmeans@gmail.com> |
| Sent: | Wednesday, October 12, 2022 2:44 PM |
| To: | Ada Means |
| Subject: | Note 3 |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JACQUELINE SCOTT CORLEY          Case No. 18-cv-04471-JSC

CASE NAME: Zoellner v. Eric Losey

NOTE FROM THE JURY

Note No. 3
Date 10-12-2022
Time 2:40

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

IS PUNITIVE DAMAGES FIT INTO economic or non-economic?

Janet Grell
Foreperson of the Jury

Neither. You do not award an amount for punitive damages; you only answer Question No. 5 on the verdict form as to whether punitive damages are appropriate.