UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JACQUELINE SCOTT CORLEY    Case No. 18-cv-04471-JSC
CASE NAME: Zoellner v. Eric Losey

### NOTE FROM THE JURY

Note No. __4__
Date __10-12-2022__
Time __3:50__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   PLEASE CLARIFY. PUNITIVE DAMAGES MAY NOT BE... ~~NEITHER MAY~~ ~~WILL~~ IS THE MONEY AWARDED TO KZ

   _Janett Buell_
   Foreperson of the Jury

Punitive damages are not to compensate the plaintiff for any harm; they are to punish the defendant. However, they are paid to the plaintiff.

_JSC_



## Caroline Jacobs

| | |
|---|---|
| From: | Ada Means <adahmeans@gmail.com> |
| Sent: | Wednesday, October 12, 2022 3:51 PM |
| To: | Caroline Jacobs |
| Subject: | Pls print |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



Sent from my iPhone

1