\#5

**Ada Means**

---

From: Ada Means <adahmeans@gmail.com>
Sent: Wednesday, October 12, 2022 4:19 PM
To: Ada Means
Subject: #5

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JACQUELINE SCOTT CORLEY          Case No. 18-cv-04471-JSC
CASE NAME: Zoellner v. Eric Losey

NOTE FROM THE JURY

Note No. 5
Date 10-12-2022
Time 4:15

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

We wish to know if we may add the following:

The main punitive damage we respectfully request is for Mr. Losey to issue a public statement to the Arcata News

Foreperson of the Jury

1) Publicly apologize to all the victims, and
2) State what his reporting error was and what he learned about the importance of accurate reporting.

THE INTENT OF THIS REQUEST IS TO HELP US LEARN FROM THIS EVENT, AND TO HELP THE COMMUNITY AND VICTIMS HEAL.

---

[Handwritten note from judge:]

The only authority/power you have with respect to punitive damages is monetary. However, if you wish the Court to convey a statement to the parties, please put the statement on a paper separate from the verdict form and the Court will share it with the parties.

JSC