We would like this statement read to All Parties

THE MAIN PUNITIVE DAMAGE WE RESPECTFULLY REQUEST IS FOR MR. LOSEY TO ISSUE A PUBLIC STATEMENT TO THE ARCATIA NEWS & MEDIA.

1. PUBLICLY APOLOGIZE TO ALL THE VICTIMS AND FAMILIES

2. STATE WHAT HIS REPORTING INACCURACY AND WHAT HE LEARNED ABOUT THE IMPORTANCE OF ACURATE REPORTING.

THE INTENT OF THIS REQUEST IS TO HELP US LEARN FROM THIS EVENT, AND TO HELP THE COMMUNITY AND VICTIMS HEAL.