Elizabeth Zareh (SBN# 182871)
75 Broadway Street, Ste 202,
San Francisco, CA 94111
Telephone: (415) 830-3031
Facsimile: (415) 830-3031
Email: elizabeth@zarehassociates.com

Attorney for Plaintiff
Kyle Zoellner

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE C. ZOELLNER,<br><br>                    Plaintiff,<br>V.<br><br>CITY OF ARCATA, et. El.<br><br>                  Defendants. | Case No. 3:18-cv-04471-JSC<br><br>DECLARATION OF ELIZABETH ZAREH IN SUPPORT OF PLAINTIFF'S MEMORANDUM RE PROBABLE CAUSE & REQUEST FOR JUDICIAL NOTICE<br><br>Trial Date:  October 3, 2022<br>Time:        8:30 a.m.<br>Location:   450 Golden Gate Avenue<br>                 San Francisco, California 94102<br>Courtroom: 8 (17th Floor)<br>Judge:      Hon. Jacqueline Scott Corley |

I, Elizabeth Zareh, hereby declare as follows:

1. I am an attorney at law duly licensed and in good standing to practice law in the courts of California (No. 182871) and am admitted to practice law before this Court, the United States District Court Northern District of California. I am over the age of 18 years. I am a principal member of Zareh & Associates and am counsel of record for Plaintiff Kyle Christopher Zoellner (Plaintiff).

2. I am familiar with the file, documents, and history related to this case. The following statements are based on my personal knowledge, and if called on to, I can and will testify competently thereto. I submit this declaration in support of Plaintiff's Motion/Petition to Compel Compliance with Subpoena Duces Tecum.

3. On April 19, 2017, Kyle Zoellner was charged with a single count of violation of Penal Code section 187 which is murder in first degree and carried with it was a sentence of 25 years to life. The criminal complaint in action number was CR1701730 was filed in Humboldt County Superior Court.

4.  On May 5, 2017, after holding a five day preliminary hearing and hearing from 17 witnesses and other evidence, the honorable judge Reinholtsen dismissed the murder charges of first degree against Kyle Zoellner. Attached as Exhibit A is a true and correct copy of the transcripts of the that proceeding relating to dismissal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 14rd day of October, 2022 in San Francisco, California.

*/s/ Elizabeth Zareh*
_____
Elizabeth Zareh, Esq.

# CERTIFICTAE OF SERVICE

I, Elizabeth Zareh, certify that I am over the age of 18 years and not a party to the within action. My business address is 75 Broadway Street, Ste 202, San Francisco, CA 94111.

On October 14, 2022, I served a copy(ies) of the following document(s):

DECLARATION OF ELIZABETH ZAREH IN SUPPORT OF PLAINTIFF'S MEMORANDUM RE PROBABLE CAUSE & REQUEST FOR JUDICIAL NOTICE

on the parties to this action by placing them in a sealed envelop(s) addressed as follows:

Castillo, Moriarty, Tran & Robinson
Patrick Moriarty, Esq.
John Robinson, Esq.
75 Southgate Ave
Daily City, CA 94015
Patrick Moriarty pmoriarty@cmtrlaw.com
John Robinson  jrobinson@cmtrlaw.com

☐ (By EMAIL) I caused to be transmitted by Internet from email address elizabeth@zarehassociates.com the document(s) to: Patrick Moriarty <PMoriarty@aghwlaw.com>

The transmission was complete and the system did not report an error message.

■ (BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the documents with the Clerk of the clerk by using CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 14, 2022 at San Francisco, California.

*/s/ Elizabeth Zareh*

_____

Elizabeth A. Zareh