Nicholas R. Kloeppel, CSB #186165
THE MITCHELL LAW FIRM, LLP
Attorneys at Law
426 First Street
Eureka, CA  95501
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Respondent
MAGGIE FLEMING

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CHRISTOPHER ZOELLNER<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF ARCATA, THOMAS CHAPMAN individually and in his official capacity as City of Arcata Chief of Police, et al.<br>       Defendants. | Case No. 3:18-CV-04471-JSC<br><br>**DECLARATION OF NICHOLAS R. KLOEPPEL IN SUPPORT OF NONPARTY MAGGIE FLEMING'S OPPOSITION TO PLAINTIFF'S MOTION UNDER RULE 37 AND 11 FOR ISSUE & MONETARY SANCTIONS**<br><br>**Date: December 1, 2022**<br>**Time: 10:00 a.m.**<br>**Crtrm:  8 (19th Floor)**<br>           **450 Golden Gate Avenue**<br>           **San Francisco, California 94102** |

I, Nicholas R. Kloeppel, declare as follows:

1.      I am the attorney retained to represent nonparty Maggie Fleming in the above-entitled litigation. I have personal knowledge of each fact set forth herein and, if called to do so, I could and would competently testify to the contents of this declaration.

2.      Maggie Fleming did not travel with me to San Francisco. We traveled by separate vehicles due to our different schedules on the days of travel. The mileage claimed by Maggie Fleming was calculated based on the federal mileage rate for the miles to and from the hotel where Ms. Fleming and I stayed.

1

**DECLARATION OF NICHOLAS R. KLOEPPEL IN SUPPORT OF NONPARTY MAGGIE FLEMING'S OPPOSITION TO PLAINTIFF'S MOTION UNDER RULE 37 AND 11 FOR ISSUE & MONETARY SANCTIONS**

3.      Maggie Fleming incurred the other expenses identified in the emails dated October 24, 2022. For convenience of seeking reimbursement of these expenses, I paid for several of these expenses using my credit card. Ultimately, these expenses are chargeable to Ms. Fleming and will be charged to her in the event the expenses are not reimbursed.

4.      Attached hereto as *Exhibit A* are true and correct copies of emails sent to plaintiff's counsel with Ms. Fleming's revised expenses which represent her expenses from her travel for testimony at trial in the above-entitled case which total $629.80.

5.      Excluded from these expenses are Ms. Flemings meals and any expenses which were chargeable to both of us, e.g., parking at the courthouse for my vehicle in which she was a passenger.

6.      As discussed with the court and the parties on September 29, 2022, the California Redwood Coast-Humboldt County Airport (ACV) in McKinleyville is notorious for fog-related flight cancellations and delays. Attached hereto as *Exhibits B* and *C* are true and correct copies of the Forbes Advisor's list of the ten worst U.S. airports for flight cancellations last week which list this airport as number 3 on October 17, 2022 and number 4 on October 24, 2022.

7.      In my experience, more often than not it takes longer to travel by airplane and local ground transport than to drive to destinations in San Francisco from Eureka, California. As discussed with the Court and counsel for the parties on September 29, 2022, I generally do not fly to San Francisco, but drive because it generally costs less, takes less time and is otherwise more prudent to drive than fly.

8.      Only one airline, United, flies to San Francisco from the California Redwood Coast-Humboldt County Airport. A sample booking run on the United Airlines website on Thursday, October 20, 2022 for a round trip flight to San Francisco the following Monday with a return on Tuesday (the same amount of time Fleming

THE MITCHELL LAW
FIRM, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**DECLARATION OF NICHOLAS R. KLOEPPEL IN SUPPORT OF NONPARTY MAGGIE FLEMING'S OPPOSITION TO PLAINTIFF'S MOTION UNDER RULE 37 AND 11 FOR ISSUE & MONETARY SANCTIONS**

1   would have had after the September 29, 2022 order commanding her appearance the

2   following Tuesday, Wednesday, or Thursday (Dkt No. 334)) shows fares in the range of

3   several hundred dollars. Clearly more than the requested mileage. Attached hereto as

4   **Exhibit D** true and correct copies of a printout confirming there is only one airline with

5   direct flights to and from ACV and SFO. Attached hereto as **Exhibit E** is a true and

6   correct copy of sample flight information for roundtrip flights to and from ACV and

7   SFO.

8       9.     I question the veracity of plaintiff's counsel's representation in her

9   declaration that a roundtrip flight to and from ACV and SFO on the date of Ms.

10  Fleming's testimony was $170.00. I asked plaintiff's counsel to produce to me evidence

11  supporting this representation. She has yet to do so.

12      I declare under penalty of perjury under the laws of the State of California and the

13  United States of America that the foregoing is true and correct. Executed this 31st day of

14  October 31, 2022, at Eureka, California.

15

16

17       /s/ Nicholas R. Kloeppel
         Nicholas R. Kloeppel

18

19

20

21

22

23

24

25

26

3

**DECLARATION OF NICHOLAS R. KLOEPPEL IN SUPPORT OF NONPARTY MAGGIE
FLEMING'S OPPOSITION TO PLAINTIFF'S MOTION UNDER RULE 37 AND 11 FOR
ISSUE & MONETARY SANCTIONS**

# **<u>Exhibit A</u>**

## Nick Kloeppel

| | |
|---|---|
| **From:** | Nick Kloeppel |
| **Sent:** | Monday, October 24, 2022 4:45 PM |
| **To:** | Elizabeth Zareh |
| **Cc:** | Kendra McWilliams; pmoriarty@cmtrlaw.com; jrobinson@cmtrlaw.com; kkarpenske@cmtrlaw.com; Karen Roebuck |
| **Subject:** | RE: Zoellner v. City of Arcata |

Ms. Zareh:

We are providing the following revised demand for reimbursement of travel expenses pursuant to the court's order. Ms. Fleming's actual expenses were less than estimated in advance of the hearing.

Hotel and Parking: $271.40
Mileage: $350.00 (560 miles x $.625)
Bridge Toll: $8.40

Total: $629.80

I have also reviewed your motion asking the court to reverse its order that your client pay Ms. Fleming's reasonable travel costs. We will be opposing this motion, but there are certain facts which you incorrectly assume in support of the motion. For example, you claim that Ms. Fleming travelled with me to San Francisco. She did not. Also, I did not check the flights from ACV to SFO because, as explained to the judge, flights in and out of ACV and SFO are unreliable. Additionally, these are oftentimes more time consuming and expensive. Roundtrip flights are currently $619 (flying roundtrip on Tuesday, October 25, 2022) and $499 (flying roundtrip on Tuesday, November 1, 2022, i.e. more lead time than Ms. Fleming had). Please forward the evidence upon which you base your assertion in your declaration that same-day, round trip flights on October 4, 2022, were $170 from ACV to SFO at any point between September 29, 2022 and October 4 2022.

We look forward to prompt receipt of your payment and evidence supporting your declaration.



THE MITCHELL LAW FIRM, LLP

Nicholas R. Kloeppel

THE MITCHELL LAW FIRM, LLP
P.O. Drawer 1008
426 First Street
Eureka, CA 95501
Phone: (707) 443-5643
Fax:  (707) 444-9586

**FOR E-SERVICE TO BE EFFECTIVE DOCUMENTS MUST BE CC'ed to kmcwilliams@mitchelllawfirm.com**

CONFIDENTIALITY STATEMENT: This communication and any accompanying or attached document(s) are confidential and privileged. They are intended for the sole use of the addressee(s). If you receive this communication in error, you are advised that any use, disclosure, copying, distribution or taking any action in reliance upon this communication is

1

strictly prohibited. Moreover, any inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you received this message in error, please immediately telephone The Mitchell Law Firm, LLP ((707) 443-5643), and delete this message without copying it. Thank you.

**From:** Nick Kloeppel
**Sent:** Saturday, October 1, 2022 3:06 PM
**To:** Elizabeth Zareh <elizabeth@zarehassociates.com>
**Cc:** Kendra McWilliams <KMcWilliams@mitchelllawfirm.com>; pmoriarty@cmtrlaw.com; jrobinson@cmtrlaw.com; kkarpenske@cmtrlaw.com
**Subject:** FW: Zoellner v. City of Arcata

Ms. Zareh:

Ms. Flemings travel expenses are as follows:

Hotel: $225.77 (Receipt attached - $451.54 / 2)
Mileage: $350.00 (560 miles x $.625)
Parking: $90.00
Bridge Toll: $8.40
Food: $118 (2 days per diem at federal rate for California)

Total: $792.17

Absent from instructions from the court otherwise, we will require these expenses be reimbursed prior to her testimony.



THE MITCHELL LAW FIRM, LLP

Nicholas R. Kloeppel

THE MITCHELL LAW FIRM, LLP
P.O. Drawer 1008
426 First Street
Eureka, CA 95501
Phone: (707) 443-5643
Fax:  (707) 444-9586

**FOR E-SERVICE TO BE EFFECTIVE DOCUMENTS MUST BE CC'ed to <u>kmcwilliams@mitchelllawfirm.com</u>**

CONFIDENTIALITY STATEMENT: This communication and any accompanying or attached document(s) are confidential and privileged. They are intended for the sole use of the addressee(s). If you receive this communication in error, you are advised that any use, disclosure, copying, distribution or taking any action in reliance upon this communication is strictly prohibited. Moreover, any inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you received this message in error, please immediately telephone The Mitchell Law Firm, LLP ((707) 443-5643), and delete this message without copying it. Thank you.

**From:** Nick Kloeppel
**Sent:** Saturday, October 1, 2022 2:44 PM
**To:** Ada Means <<u>Ada_Means@cand.uscourts.gov</u>>; jsccrd@cand.uscourts.gov

**Cc:** Elizabeth Zareh <elizabeth@zarehassociates.com>; Patrick Moriarty <PMoriarty@aghwlaw.com>; John Robinson <jrobinson@aghwlaw.com>; Kendra McWilliams <KMcWilliams@mitchelllawfirm.com>; Karen Roebuck <KRoebuck@mitchelllawfirm.com>
**Subject:** RE: Zoellner v. City of Arcata

Ms. Means:

This email is to notify the court that Ms. Fleming has elected to proceed with her testimony October 4, 2022, preferably in the morning. We are contemporaneously forwarding Ms. Zareh Ms. Fleming's reasonable travel expenses and ask that Ms. Fleming be reimbursed prior to her testimony on October 4th. We will be traveling down the night before and both have long drives back to Humboldt after her testimony. It is presumed the testimony will be completed before 2:00 p.m. If not, I have two case management conferences with Magistrate Judge Illman at 2:00 which I can complete by phone. In the event testimony continues until 2:00, I respectfully request that the court accommodate a recess so I can complete these conferences. Please advise if the court is unable to accommodate this request, and I will work either to have these appearances covered internally or with Judge Illman's courtroom to see if these can be moved to the court's usual recess which I understand is typically at 3:00.

This email is also to advise that I am generally available through mid-afternoon on October 3rd for a hearing regarding Ms. Fleming's objection and request to seal her testimony. It is anticipated that I will be leaving our office for San Francisco at approximately 2:00.

Respectfully submitted.



THE MITCHELL LAW FIRM, LLP

———————————————

Nicholas R. Kloeppel

THE MITCHELL LAW FIRM, LLP
P.O. Drawer 1008
426 First Street
Eureka, CA 95501
Phone: (707) 443-5643
Fax:  (707) 444-9586

**FOR E-SERVICE TO BE EFFECTIVE DOCUMENTS MUST BE CC'ed to kmcwilliams@mitchelllawfirm.com**

———————————————

CONFIDENTIALITY STATEMENT: This communication and any accompanying or attached document(s) are confidential and privileged. They are intended for the sole use of the addressee(s). If you receive this communication in error, you are advised that any use, disclosure, copying, distribution or taking any action in reliance upon this communication is strictly prohibited. Moreover, any inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you received this message in error, please immediately telephone The Mitchell Law Firm, LLP ((707) 443-5643), and delete this message without copying it. Thank you.

## Nick Kloeppel

| | |
|---|---|
| **From:** | Nick Kloeppel |
| **Sent:** | Monday, October 24, 2022 4:46 PM |
| **To:** | Elizabeth Zareh |
| **Cc:** | Kendra McWilliams; pmoriarty@cmtrlaw.com; jrobinson@cmtrlaw.com; kkarpenske@cmtrlaw.com; Karen Roebuck |
| **Subject:** | RE: Zoellner v. City of Arcata |
| **Attachments:** | Mitchell Law Firm_20221024_163651.pdf |

Ms. Zareh:

Apologies. Attached is the receipt for Ms. Fleming's room.



THE MITCHELL LAW FIRM, LLP

Nicholas R. Kloeppel

THE MITCHELL LAW FIRM, LLP
P.O. Drawer 1008
426 First Street
Eureka, CA 95501
Phone: (707) 443-5643
Fax:  (707) 444-9586

**FOR E-SERVICE TO BE EFFECTIVE DOCUMENTS MUST BE CC'ed to kmcwilliams@mitchelllawfirm.com**

CONFIDENTIALITY STATEMENT: This communication and any accompanying or attached document(s) are confidential and privileged. They are intended for the sole use of the addressee(s). If you receive this communication in error, you are advised that any use, disclosure, copying, distribution or taking any action in reliance upon this communication is strictly prohibited. Moreover, any inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you received this message in error, please immediately telephone The Mitchell Law Firm, LLP ((707) 443-5643), and delete this message without copying it. Thank you.

**From:** Nick Kloeppel
**Sent:** Monday, October 24, 2022 4:45 PM
**To:** Elizabeth Zareh <elizabeth@zarehassociates.com>
**Cc:** Kendra McWilliams <KMcWilliams@mitchelllawfirm.com>; pmoriarty@cmtrlaw.com; jrobinson@cmtrlaw.com; kkarpenske@cmtrlaw.com; Karen Roebuck <KRoebuck@mitchelllawfirm.com>
**Subject:** RE: Zoellner v. City of Arcata

Ms. Zareh:

We are providing the following revised demand for reimbursement of travel expenses pursuant to the court's order. Ms. Fleming's actual expenses were less than estimated in advance of the hearing.

Hotel and Parking: $271.40

Mileage: $350.00 (560 miles x $.625)
Bridge Toll: $8.40

Total: $629.80

I have also reviewed your motion asking the court to reverse its order that your client pay Ms. Fleming's reasonable travel costs. We will be opposing this motion, but there are certain facts which you incorrectly assume in support of the motion. For example, you claim that Ms. Fleming travelled with me to San Francisco. She did not. Also, I did not check the flights from ACV to SFO because, as explained to the judge, flights in and out of ACV and SFO are unreliable. Additionally, these are oftentimes more time consuming and expensive. Roundtrip flights are currently $619 (flying roundtrip on Tuesday, October 25, 2022) and $499 (flying roundtrip on Tuesday, November 1, 2022, i.e. more lead time than Ms. Fleming had). Please forward the evidence upon which you base your assertion in your declaration that same-day, round trip flights on October 4, 2022, were $170 from ACV to SFO at any point between September 29, 2022 and October 4 2022.

We look forward to prompt receipt of your payment and evidence supporting your declaration.



THE MITCHELL LAW FIRM, LLP

Nicholas R. Kloeppel

THE MITCHELL LAW FIRM, LLP
P.O. Drawer 1008
426 First Street
Eureka, CA 95501
Phone: (707) 443-5643
Fax:  (707) 444-9586

**FOR E-SERVICE TO BE EFFECTIVE DOCUMENTS MUST BE CC'ed to kmcwilliams@mitchelllawfirm.com**

CONFIDENTIALITY STATEMENT: This communication and any accompanying or attached document(s) are confidential and privileged. They are intended for the sole use of the addressee(s). If you receive this communication in error, you are advised that any use, disclosure, copying, distribution or taking any action in reliance upon this communication is strictly prohibited. Moreover, any inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you received this message in error, please immediately telephone The Mitchell Law Firm, LLP ((707) 443-5643), and delete this message without copying it. Thank you.

**From:** Nick Kloeppel
**Sent:** Saturday, October 1, 2022 3:06 PM
**To:** Elizabeth Zareh <elizabeth@zarehassociates.com>
**Cc:** Kendra McWilliams <KMcWilliams@mitchelllawfirm.com>; pmoriarty@cmtrlaw.com; jrobinson@cmtrlaw.com; kkarpenske@cmtrlaw.com
**Subject:** FW: Zoellner v. City of Arcata

Ms. Zareh:

Ms. Flemings travel expenses are as follows:

Hotel: $225.77 (Receipt attached - $451.54 / 2)

Mileage: $350.00 (560 miles x $.625)
Parking: $90.00
Bridge Toll: $8.40
Food: $118 (2 days per diem at federal rate for California)

Total: $792.17

Absent from instructions from the court otherwise, we will require these expenses be reimbursed prior to her testimony.



THE MITCHELL LAW FIRM, LLP

Nicholas R. Kloeppel

THE MITCHELL LAW FIRM, LLP
P.O. Drawer 1008
426 First Street
Eureka, CA 95501
Phone: (707) 443-5643
Fax:  (707) 444-9586

**FOR E-SERVICE TO BE EFFECTIVE DOCUMENTS MUST BE CC'ed to kmcwilliams@mitchelllawfirm.com**

CONFIDENTIALITY STATEMENT: This communication and any accompanying or attached document(s) are confidential and privileged. They are intended for the sole use of the addressee(s). If you receive this communication in error, you are advised that any use, disclosure, copying, distribution or taking any action in reliance upon this communication is strictly prohibited. Moreover, any inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you received this message in error, please immediately telephone The Mitchell Law Firm, LLP ((707) 443-5643), and delete this message without copying it. Thank you.

---

**From:** Nick Kloeppel
**Sent:** Saturday, October 1, 2022 2:44 PM
**To:** Ada Means <Ada_Means@cand.uscourts.gov>; jsccrd@cand.uscourts.gov
**Cc:** Elizabeth Zareh <elizabeth@zarehassociates.com>; Patrick Moriarty <PMoriarty@aghwlaw.com>; John Robinson <jrobinson@aghwlaw.com>; Kendra McWilliams <KMcWilliams@mitchelllawfirm.com>; Karen Roebuck <KRoebuck@mitchelllawfirm.com>
**Subject:** RE: Zoellner v. City of Arcata

Ms. Means:

This email is to notify the court that Ms. Fleming has elected to proceed with her testimony October 4, 2022, preferably in the morning. We are contemporaneously forwarding Ms. Zareh Ms. Fleming's reasonable travel expenses and ask that Ms. Fleming be reimbursed prior to her testimony on October 4th. We will be traveling down the night before and both have long drives back to Humboldt after her testimony. It is presumed the testimony will be completed before 2:00 p.m. If not, I have two case management conferences with Magistrate Judge Illman at 2:00 which I can complete by phone. In the event testimony continues until 2:00, I respectfully request that the court accommodate a recess so I can complete these conferences. Please advise if the court is unable to accommodate this request, and I will work either to have these appearances covered internally or with Judge Illman's courtroom to see if these can be moved to the court's usual recess which I understand is typically at 3:00.

3

This email is also to advise that I am generally available through mid-afternoon on October 3rd for a hearing regarding Ms. Fleming's objection and request to seal her testimony. It is anticipated that I will be leaving our office for San Francisco at approximately 2:00.

Respectfully submitted.



THE MITCHELL LAW FIRM, LLP
_____

Nicholas R. Kloeppel

THE MITCHELL LAW FIRM, LLP
P.O. Drawer 1008
426 First Street
Eureka, CA 95501
Phone: (707) 443-5643
Fax:  (707) 444-9586

**FOR E-SERVICE TO BE EFFECTIVE DOCUMENTS MUST BE CC'ed to kmcwilliams@mitchelllawfirm.com**
_____

CONFIDENTIALITY STATEMENT: This communication and any accompanying or attached document(s) are confidential and privileged. They are intended for the sole use of the addressee(s). If you receive this communication in error, you are advised that any use, disclosure, copying, distribution or taking any action in reliance upon this communication is strictly prohibited. Moreover, any inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you received this message in error, please immediately telephone The Mitchell Law Firm, LLP ((707) 443-5643), and delete this message without copying it. Thank you.



## Holiday Inn

21                    10-04-22

| | | |
|---|---|---|
| **Nicholas Kloeppel** | Folio No.      :  **1376603** | Room No. :  **1205** |
| **814 7th St** | A/R Number   : | Arrival      :  **10-03-22** |
| **Eureka  95501-1114** | Group Code   : | Departure  :  **10-04-22** |
| **United States** | Company       : | Conf. No.   :  **44317736** |
| | Membership No. :  **PC    265115726** | Rate Code :  **IDME2** |
| | Invoice No.    : | Page No.  :  **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-03-22 | Deposit Transfer at Check-In | | 225.77 |
| 10-03-22 | *Accommodation | 194.04 | |
| 10-03-22 | Occupancy Tax | 27.17 | |
| 10-03-22 | Tourism District Assessment | 4.37 | |
| 10-03-22 | State Tourism Assessment | 0.19 | |
| 10-03-22 | Overnight Parking | 40.00 | |
| 10-03-22 | Parking Tax | 5.63 | |
| 10-04-22 | Visa                XXXXXXXXXXXX4545 | | 45.63 |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.**

|  | | |
|---|---|---|
| **Total** | 271.40 | 271.40 |
| **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

# __Exhibit B__

Case 3:18-cv-04471-JSC   Document 394-1   Filed 10/31/22   Page 14 of 52

Advisor   Travel Insurance                                                                    Advertiser Disclosure

# 10 Worst U.S. Airports For Flight Cancellations Last Week

**By Kelly Anne Smith**
*Forbes Advisor Staff*

**Korrena Bailie**
Editor  Fact Checked

Updated: Oct 17, 2022, 2:05pm

Editorial Note: We earn a commission from partner links on Forbes Advisor. Commissions do not affect our editors'
opinions or evaluations.



Getty

Case 3:18-cv-04471-JSC   Document 394-1   Filed 10/31/22   Page 15 of 52

nationwide.

If you're traveling soon, it's helpful to check how your departing airport or chosen airline is stacking up in terms of cancellations. An analysis of data from FlightAware by Forbes Advisor found that 1,108 flights were canceled nationally from October 10 to October 16, 2022, with 278 of those occurring at the top 10 airports for cancellations.



## Compare & Buy Travel Insurance

Leaving Home

```
mm/dd/yyyy
```

Returning Home

```
mm/dd/yyyy
```

Main Destination

```
Select
```

Find Policies Now

## U.S. Airports With the Most Cancellations

An analysis of FlightAware data finds that nearly 9% of flights were canceled at Southwest Florida International last week. The airport announced that full service resumed on October 11, two weeks after Hurricane Ian made landfall near Fort Myers. The airport had been beset with several post-hurricane related problems including lost power, a boil-water notice and closed roadways.

At Kirksville Regional in Missouri, 2% of flights were canceled.

Here are the U.S. airports with the most flight cancellations from October 10 to October 16.

| | Airport | Scheduled Flights | Canceled Flights | ▼ % of Canceled Flights |
|---|---|---|---|---|
| 1 | Southwest Florida International | 2374 | 211 | 8.89% |
| 2 | Kirksville Regional | 163 | 3 | 1.84% |
| 3 | California Redwood Coast-Humboldt County | 381 | 6 | 1.57% |
| 4 | Provincetown Municipal | 277 | 4 | 1.44% |
| 5 | So California Logistics | 234 | 3 | 1.28% |
| 6 | Vernal Regional | 160 | 2 | 1.25% |
| 7 | Manistee County/Blacker | 232 | 2 | 0.86% |
| 8 | Ketchikan International | 545 | 3 | 0.55% |

## Airlines With the Most Cancellations

Last week, GoJet led the pack with the highest percentage of canceled flights (0.6% of about 3,400 scheduled flights). Closely following was Southwest, which canceled 358 of 77,000 scheduled flights (0.5%).

Some airlines are more prone to cancellations and delays than others, which may influence which carrier you choose for your travel. In some cases, it could be worth spending a little extra money on a ticket with an airline other than your usual choice, based on its recent performance.

Here are the airlines with the most cancellations last week.

| | Airline | Scheduled Flights | Canceled Flights | % Canceled Flights |
|---|---|---|---|---|
| 1 | GoJet | 3,454 | 20 | 0.58% |
| 2 | Southwest | 77,080 | 358 | 0.46% |
| 3 | JetBlue | 18,180 | 73 | 0.4% |
| 4 | Air Wisconsin | 5,773 | 20 | 0.35% |
| 5 | United | 43,866 | 98 | 0.22% |
| 6 | Allegiant Air | 6,668 | 13 | 0.19% |
| 7 | Republic | 18,925 | 31 | 0.16% |
| 8 | Alaska Airlines | 14,117 | 23 | 0.16% |
| 9 | PSA Airlines | 13,227 | 21 | 0.16% |
| | American | | | |

## How to Buy Travel Insurance That Helps With Flight Cancellations and Delays

If you're considering purchasing a travel insurance policy for your upcoming trip, choose one that helps with flight cancellations and delays.

Trip cancellation insurance can reimburse the money you lose in non-refundable trip costs for specific reasons stated in the policy, such as mechanical failures, severe weather and airport security issues. Keep in mind that not all of the chaos happening during travel lately will fall under these reasons.

Travel insurance policies sometimes include travel delay insurance, which will cover costs while you wait for your rebooked flight. It can reimburse you for lodging, meals and transportation you may incur during your delay.

Some travel credit cards offer the benefit of travel protection, making them a valuable tool for booking your flight ticket. These benefits usually aren't as comprehensive as travel insurance policies, but they can cover trip delays, baggage delays and lost luggage delays. The amount covered varies by credit card, so check your benefits.

## Featured Travel Insurance Partners

| 1 **AXA Assistance USA** | 2 **Cat 70** | 3 **GoReady (formerly April)** |
|---|---|---|

Case 3:18-cv-04471-JSC    Document 394-1    Filed 10/31/22    Page 18 of 52

| Preferred Plan | **Platinum** |
| --- | --- |
| Covers Covid? | Yes |
| Medical & evacuation limits per person | $250,000/$1 million |

| Preferred Plan | **Travel** |
| --- | --- |
| Covers Covid? | Yes |
| Medical & evacuation limits per person | $500,000/$500,000 |

| Preferred Plan | **Pandemic Plus** |
| --- | --- |
| Covers Covid? | Yes |
| Medical & evacuation limits per person | $50,000/$500,000 |

## Tips for Dealing with Flight Delays and Cancellations

Flight cancellations and delays are an unpleasant experience for all parties involved. Not only are trips disrupted, but airline employees are tasked with managing heightened emotions from dissatisfied customers while they figure out the puzzle of rerouting or rebooking an itinerary.

These tips can help you handle flight cancellations and make the most out of a frustrating situation:

**Advocate for yourself.** While it's always helpful to speak with an airline representative in person at the airport, try time-saving strategies like logging into the airline's app while waiting in line for help at the airport and searching for alternate flights that fit within your schedule. That way, you can come up with a plan that works for you, rather than impulsively accepting whatever the airline agent offers you.

**Know your rights.** As a passenger—and paying customer—you have rights when your trip is delayed or canceled. Some airlines are required to rebook you on the next available flight, and some may even allow you to fly on a partner airline instead, which opens up your rebooking options.

If your flight is canceled due to something in the airline's control, you may be entitled to meal vouchers or overnight accommodations (keep in mind that bad weather wouldn't be included here!). If you're flying in the European Union, you have more comprehensive rights, including cash compensation up to 600 euros when flights are canceled or significantly delayed due to reasons within the airline's control. Any airline that flies within the E.U. is bound by this law—including American-based airlines.

**Get smart with checked baggage.** Checked bags are a source of pain during travel these days, with horror stories of bags showing up days after weddings, arriving destroyed or getting lost entirely. If you booked your airfare with a credit card, check your benefits guide to see if you have coverage for lost or delayed luggage—it may cover the cost of essential purchases, like toiletries or a change of clothes, until your bag shows up. If you fly abroad and your luggage is lost, you may be eligible for reimbursement.

# Helping You Make Smart Insurance Decisions

Get Forbes Advisor's ratings of the best insurance companies and helpful information on how to find the best travel, auto, home, health, life, pet, and small business coverage for your needs.

First Name

Case 3:18-cv-04471-JSC Document 394-1 Filed 10/31/22 Page 19 of 52

Enter Your Email Address

Subscribe

By providing my email I agree to receive Forbes Advisor promotions, offers and additional Forbes Marketplace services. Please see our Privacy Policy for more information and details on how to opt out.

💬 Was this article helpful?  SHARE YOUR FEEDBACK

### Recommended Reading

Best Covid-19 Travel Insurance

Best Travel Insurance

Best "Cancel For Any Reason" Travel Insurance

Best Senior Travel Insurance

Best Cruise Insurance

Group Travel Insurance

Best Travel Credit Cards

### Guides

How Much Is Travel Insurance?

How To Get Cheap Travel Insurance

Trip Cancellation Travel Insurance

Medical Evacuation Coverage Guide

Medical Insurance Guide

Reimbursement For A Travel Insurance Claim

### Travel Insurance Reviews

Nationwide

AXA Assistance USA

Cat 70

TravelSafe

Trawick

Tinleg

John Hancock

USI Affinity

HTH Worldwide

## Travel Insurance Guides

Trip Cancellation Travel Insurance

Annual Multi-Trip Travel Insurance

Making A Travel Insurance Claim

Trip Interruption Insurance

## More from **Forbes** ADVISOR



### How Aura Makes It Easy To Protect Yourself From Identity Theft
By **Forbes Advisor Brand Group**



**Holiday Travel Insurance Guide**
By **Erica Lamberg** Contributor



**Best Travel Insurance Companies Of October 2022**
By **Amy Danise** Editor

Case 3:18-cv-04471-JSC   Document 394-1   Filed 10/31/22   Page 26 of 52



**Best Covid-19 Travel Insurance Plans Of October 2022**
By **Amy Danise** Editor





**10 Worst U.S. Airports For Flight Cancellations This Week**
By **Kelly Anne Smith** Forbes Advisor Staff



**Do You Need Travel Insurance For Your Thanksgiving Trip?**
By **Erica Lamberg** Contributor



Case 3:18-cv-04471-JSC   Document 394-1   Filed 10/31/22   Page 28 of 52



### Best Cruise Insurance Plans Of October 2022

By **Amy Danise** Editor

Information provided on Forbes Advisor is for educational purposes only. Your financial situation is unique and the products and services we review may not be right for your circumstances. We do not offer financial advice, advisory or brokerage services, nor do we recommend or advise individuals or to buy or sell particular stocks or securities. Performance information may have changed since the time of publication. Past performance is not indicative of future results.

Forbes Advisor adheres to strict editorial integrity standards. To the best of our knowledge, all content is accurate as of the date posted, though offers contained herein may no longer be available. The opinions expressed are the author's alone and have not been provided, approved, or otherwise endorsed by our partners.



**Kelly Anne Smith**

Forbes Advisor Staff

I'm a senior consumer finance reporter for Forbes Advisor. I cover what's going on in the news and how it affects your bottom line. When I'm not writing articles, I author the Forbes Advisor Weekly Newsletter. My work has been included in a variety of publications including Reader's Digest, NASDAQ, Bankrate and more. I've been featured as a personal finance expert in outlets like CNBC, Yahoo! Finance and CBS News Radio. I have a master's degree in international communication studies and I'm currently based in Paris, France. Follow me on Twitter at @keywordkelly.

# Forbes

© 2022 Forbes Media LLC. All Rights Reserved.

Case 3:18-cv-04471-JSC   Document 394-1   Filed 10/31/22   Page 29 of 52

AdChoices   Privacy Statement   Terms and Conditions   About Us   Contact Us   Careers   Reprints & Permissions   Newsroom

Forbes Quote of the Day   Advertise

## **<u>Exhibit C</u>**

Advisor   Travel Insurance

Advertiser Disclosure

# 10 Worst U.S. Airports For Flight Cancellations Last Week

**By Kelly Anne Smith**

Forbes Advisor Staff

**Korrena Bailie**

Editor  Fact Checked

Updated: Oct 24, 2022, 1:14pm

Editorial Note: We earn a commission from partner links on Forbes Advisor. Commissions do not affect our editors' opinions or evaluations.



Getty

If you're traveling soon, it's helpful to check how your departing airport or chosen airline is stacking up in terms of cancellations. An analysis of data from FlightAware by Forbes Advisor found that 629 flights were canceled nationally from October 16 to October 22, 2022, with 82 of those occurring at the top 10 airports for cancellations.



## Compare & Buy Travel Insurance

Leaving Home

mm/dd/yyyy

Returning Home

mm/dd/yyyy

Main Destination

Select

Find Policies Now

## U.S. Airports With the Most Cancellations

While Southwest Florida International has restarted service after Hurricane Ian, it saw 44 canceled flights out of a scheduled 2,316.

An analysis of FlightAware data finds that about 3% of flights were canceled at Manistee County Blacker Airport in Michigan last week.

Here are the U.S. airports with the most flight cancellations from October 16 to October 22.

| | Airport | Scheduled Flights | Canceled Flights | ▽ % of Canceled Flights |
|---|---|---|---|---|
| 1 | Manistee County Blacker Airport (MI) | 181 | 5 | 2.76% |
| 2 | Southwest Florida International (FL) | 2,316 | 44 | 1.9% |
| 3 | Kirksville Regional (MO) | 170 | 3 | 1.76% |
| 4 | California Redwood Coast-Humboldt County (CA) | 405 | 4 | 0.99% |
| 5 | Quincy Regional (IL) | 425 | 4 | 0.94% |
| 6 | Punta Gorda (FL) | 1,083 | 9 | 0.83% |
| 7 | Ketchikan International (AK) | 611 | 5 | 0.82% |
| 8 | Guam International (GU) | 529 | 4 | 0.76% |
| 9 | Provincetown Municipal (MA) | 272 | 2 | 0.74% |

## Airlines With the Most Cancellations

The airline that canceled the biggest percentage of its scheduled flights last week was Air Wisconsin, a regional airline that operates as a United Express carrier (it canceled 36 of 5,464 scheduled flights).

Some airlines are more prone to cancellations and delays than others, which may influence which carrier you choose for your travel. In some cases, it could be worth spending a little extra money on a ticket with an airline other than your usual choice, based on its recent performance.

Here are the airlines with the most cancellations last week.

| | Airline | Scheduled Flights | Canceled Flights | % Canceled Flights |
|---|---|---|---|---|
| 1 | Air Wisconsin | 5,464 | 36 | 0.66% |
| 2 | Allegiant Air | 6,313 | 28 | 0.44% |
| 3 | United | 44,416 | 122 | 0.27% |
| 4 | Frontier | 10,165 | 22 | 0.22% |
| 5 | Southwest | 76,291 | 154 | 0.2% |
| 6 | JetBlue | 18,778 | 25 | 0.13% |
| 7 | Alaska Airlines | 14,231 | 15 | 0.11% |
| 8 | Hawaiian Airlines | 4,428 | 4 | 0.09% |
| 9 | Spirit | 14,799 | 13 | 0.09% |

## How to Buy Travel Insurance That Helps With Flight Cancellations and Delays

If you're considering purchasing a travel insurance policy for your upcoming trip, choose one that helps with flight cancellations and delays.

Trip cancellation insurance can reimburse the money you lose in non-refundable trip costs for specific reasons stated in the policy, such as mechanical failures, severe weather and airport security issues. Keep in mind that not all of the chaos happening during travel lately will fall under these reasons.

Travel insurance policies sometimes include travel delay insurance, which will cover costs while you wait for your rebooked flight. It can reimburse you for lodging, meals and transportation you may incur during your delay.

Some travel credit cards offer the benefit of travel protection, making them a valuable tool for booking your flight ticket. These benefits usually aren't as comprehensive as travel insurance policies, but they can cover trip delays, baggage delays and lost luggage delays. The amount covered varies by credit card, so check your benefits.

## Featured Travel Insurance Partners

| 1 **AXA Assistance USA** | 2 **Cat 70** | 3 **GoReady (formerly April)** |
|---|---|---|
| | | |

| Preferred Plan | Platinum |
| --- | --- |
| Covers Covid? | Yes |
| Medical & evacuation limits per person | $250,000/$1 million |

| Preferred Plan | Travel |
| --- | --- |
| Covers Covid? | Yes |
| Medical & evacuation limits per person | $500,000/$50 0,000 |

| Preferred Plan | Pandemic Plus |
| --- | --- |
| Covers Covid? | Yes |
| Medical & evacuation limits per person | $50,000/$500, 000 |

## Tips for Dealing with Flight Delays and Cancellations

Flight cancellations and delays are an unpleasant experience for all parties involved. Not only are trips disrupted, but airline employees are tasked with managing heightened emotions from dissatisfied customers while they figure out the puzzle of rerouting or rebooking an itinerary.

These tips can help you handle flight cancellations and make the most out of a frustrating situation:

**Advocate for yourself.** While it's always helpful to speak with an airline representative in person at the airport, try time-saving strategies like logging into the airline's app while waiting in line for help at the airport and searching for alternate flights that fit within your schedule. That way, you can come up with a plan that works for you, rather than impulsively accepting whatever the airline agent offers you.

**Know your rights.** As a passenger—and paying customer—you have rights when your trip is delayed or canceled. Some airlines are required to rebook you on the next available flight, and some may even allow you to fly on a partner airline instead, which opens up your rebooking options.

If your flight is canceled due to something in the airline's control, you may be entitled to meal vouchers or overnight accommodations (keep in mind that bad weather wouldn't be included here!). If you're flying in the European Union, you have more comprehensive rights, including cash compensation up to 600 euros when flights are canceled or significantly delayed due to reasons within the airline's control. Any airline that flies within the E.U. is bound by this law—including American-based airlines.

**Get smart with checked baggage.** Checked bags are a source of pain during travel these days, with horror stories of bags showing up days after weddings, arriving destroyed or getting lost entirely. If you booked your airfare with a credit card, check your benefits guide to see if you have coverage for lost or delayed luggage—it may cover the cost of essential purchases, like toiletries or a change of clothes, until your bag shows up. If you fly abroad and your luggage is lost, you may be eligible for reimbursement.

## Helping You Make Smart Insurance Decisions

Get Forbes Advisor's ratings of the best insurance companies and helpful information on how to find the best travel, auto, home, health, life, pet, and small business coverage for your needs.

First Name

Enter Your Email Address

Subscribe

By providing my email I agree to receive Forbes Advisor promotions, offers and additional Forbes Marketplace services. Please see our Privacy Policy for more information and details on how to opt out.

Was this article helpful?      SHARE YOUR FEEDBACK

## Recommended Reading

Best Covid-19 Travel Insurance

Best Travel Insurance

Best "Cancel For Any Reason" Travel Insurance

Best Senior Travel Insurance

Best Cruise Insurance

Group Travel Insurance

Best Travel Credit Cards

## Guides

How Much Is Travel Insurance?

How To Get Cheap Travel Insurance

Trip Cancellation Travel Insurance

Medical Evacuation Coverage Guide

Medical Insurance Guide

Reimbursement For A Travel Insurance Claim

## Travel Insurance Reviews

Nationwide

AXA Assistance USA

Cat 70

TravelSafe

Trawick

Tinleg

John Hancock

USI Affinity

HTH Worldwide

## Travel Insurance Guides

Trip Cancellation Travel Insurance

Annual Multi-Trip Travel Insurance

Making A Travel Insurance Claim

Trip Interruption Insurance

# More from ⌐forbes–advisor

### How Aura Makes It Easy To Protect Yourself From Identity Theft
By **Forbes Advisor Brand Group**

### Best Travel Insurance Companies Of October 2022
By **Amy Danise** Editor

### Best Covid-19 Travel Insurance Plans Of October 2022
By **Amy Danise** Editor

### 10 Worst U.S. Airports For Flight Cancellations This Week
By **Kelly Anne Smith** Forbes Advisor Staff

### Holiday Travel Insurance Guide
By **Erica Lamberg** Contributor

### Do You Need Travel Insurance For Your Thanksgiving Trip?
By **Erica Lamberg** Contributor

### Best Cruise Insurance Plans Of October 2022
By **Amy Danise** Editor

Information provided on Forbes Advisor is for educational purposes only. Your financial situation is unique and the products and services we review may not be right for your circumstances. We do not offer financial advice, advisory or brokerage services, nor do we recommend or

Forbes Advisor adheres to strict editorial integrity standards. To the best of our knowledge, all content is accurate as of the date posted, though offers contained herein may no longer be available. The opinions expressed are the author's alone and have not been provided, approved, or otherwise endorsed by our partners.

 **Kelly Anne Smith**

Forbes Advisor Staff

I'm a senior consumer finance reporter for Forbes Advisor. I cover what's going on in the news and how it affects your bottom line. When I'm not writing articles, I author the Forbes Advisor Weekly Newsletter. My work has been included in a variety of publications including Reader's Digest, NASDAQ, Bankrate and more. I've been featured as a personal finance expert in outlets like CNBC, Yahoo! Finance and CBS News Radio. I have a master's degree in international communication studies and I'm currently based in Paris, France. Follow me on Twitter at @keywordkelly.

# Forbes

© 2022 Forbes Media LLC. All Rights Reserved.

f       🐦       in

AdChoices    Privacy Statement    Terms and Conditions    About Us    Contact Us    Careers    Reprints & Permissions    Newsroom
Forbes Quote of the Day    Advertise

# **<u>Exhibit D</u>**





# Book A Flight
# Rent A Car

Government Websites by CivicPlus®

# **<u>Exhibit E</u>**



| Eureka ACV | San Francisco SFO |
|---|---|

| Oct 31  –  Nov 1 | 📅 |
|---|---|

Money    Miles

**Update**

or Advanced Search

# Depart: Eureka, CA, US to San Francisco, CA, US

All fares shown are the total price roundtrip, per person. Fare attributes apply to flights operated by United and United Express®.

ℹ️ United flights may be listed first.

⇄ Sort and filter

☐ Show refundable fares from **$784**

Show fare type comparison

| Fri 10/28 **$284** | Sat 10/29 **$284** | Sun 10/30 **$684** | Mon 10/31 **$684** | Tue 11/1 **$679** | Wed 11/2 Not available |
|---|---|---|---|---|---|

◀ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▶

| **Flight Info** Depart on Oct 31, 2022 | **Economy** ✓ Choose your seat | **Economy** (fully refundable) ✓ Choose your seat | **Economy Plus** ✓ Extra legroom | **Business/First** ✓ Extra-spacious seat |
|---|---|---|---|---|
| **NONSTOP** 6:15 AM — 7:23 AM ACV ----- 1H, 8M ----- SFO Operated By Skywest DBA United Express UA 5313 (Embraer 175) ⌄ Details  ⌄ Seats | Roundtrip **$684** United Economy (E) | Roundtrip **$784** United Economy (E) | Roundtrip **$744** United Economy (E) | Roundtrip **$882** United First (D) |
| **NONSTOP** 2:11 PM — 3:23 PM ACV ----- 1H, 12M ----- SFO Operated By Skywest DBA United Express UA 4655 (Embraer 175) | Roundtrip **$684** | Roundtrip **$784** | Roundtrip **$744** | Roundtrip **$882** |

⌄ Details    ⌄ Seats

| United Economy (E) | United Economy (E) | United Economy (E) | United First (D) |

**Displaying 2 of 2**

Did you find what you were looking for?    [ Yes ]    [ No ]

---

**Additional fare details**                                                          ⌄

---

**MileagePlus earnings**                                                             ⌄

---

About United        Products and services        Popular destinations        Important notices

---

**Corporate information**

Good Leads The Way

Newsroom

Investor relations

Leadership team

United Express® partners

United Airlines Ventures

Global alliances

Careers

Diversity, Equity and Inclusion

Sustainability

**Media and partners**

Advertise with us

Branding

United Shop

Global citizenship

**Business services**

United business credit cards

United UATP®

United PassPlus℠

United PerksPlus℠

🌐 English - United States $   |   Español

---

Contract of carriage

Lengthy tarmac delay plan

Legal information

---

Our United Customer Commitment

Site Feedback

Case 3:18-cv-04471-JSC   Document 394-1   Filed 10/31/22   Page 48 of 52

Help Center

Accessible travel

Privacy Policy

Interest Based Ads

United Jetstream

Cargo

Search for a topic

STAY CONNECTED

Indicates an external site that may or may not meet accessibility guidelines.  Copyright © 2022 United Airlines, Inc. All rights reserved.

A STAR ALLIANCE MEMBER

Site Feedback

> CoBrowse



| Eureka ACV | | San Francisco SFO |
|---|---|---|

| Oct 31  -  Nov 1 | 🗓 |
|---|---|

Money     Miles

**Update**

or Advanced Search

Site Feedback

# Return: San Francisco, CA, US to Eureka, CA, US

All fares shown are the total price roundtrip, per person. Fare attributes apply to flights operated by United and United Express®.

ℹ United flights may be listed first.

⬚ Sort and filter

☐ Show refundable fares from **$734**

<u>Show fare type comparison</u>

| Sat 10/29 | Sun 10/30 | Mon 10/31 | Tue 11/1 | Wed |
|---|---|---|---|---|
| Not available | Not available | **$679** | **$684** | **$6** |

| Flight Info | Economy | Economy (fully refundable) | Economy Plus | Business/First |
|---|---|---|---|---|
| Depart on Nov 1, 2022 | ✓ Choose your seat | ✓ Choose your seat | ✓ Extra legroom | ✓ Extra-spacious seat |
| RECOMMENDED ❓ NONSTOP FLIGHT | Roundtrip **$684** | Roundtrip **$734** | Roundtrip **$714** | Roundtrip **$783** |



| | | | | |
|---|---|---|---|---|
| **10:55 AM** **12:13 PM** SFO ------ 1H, 18M ------ ACV Operated By Skywest DBA United Express UA 5966 (Embraer 175) ⌄ Details  ⌄ Seats | United Economy (E) | United Economy (E) | United Economy (E) | United First (D) |
| RECOMMENDED ❓ NONSTOP FLIGHT **6:38 PM** **7:53 PM** SFO ------ 1H, 15M ------ ACV Operated By Skywest DBA United Express UA 4695 (Embraer 175) ⌄ Details  ⌄ Seats | Roundtrip **$684** United Economy (E) | Roundtrip **$734** United Economy (E) | Roundtrip **$714** United Economy (E) | Roundtrip **$783** United First (D) |
| 1 STOP **10:40 AM** **2:56 PM** SFO ------ 4H, 16M ------ ACV LAX — 39M Includes Travel Operated By Skywest DBA United Express ⌄ Details  ⌄ Seats | Roundtrip **$783** United Economy (M) | Roundtrip **$833** United Economy (M) | Not available | Roundtrip **$882** 4 tickets left at this price Mixed cabin |

Site Feedback

Displaying 3 of 3

Did you find what you were looking for?    [ Yes ]   [ No ]

Additional fare details                                              ⌄

## MileagePlus earnings ⌄

About United        Products and services        Popular destinations        Important notices



Site Feedback

### Corporate information

Good Leads The Way

Newsroom

Investor relations

Leadership team

United Express® partners

United Airlines Ventures

Global alliances

Careers

Diversity, Equity and Inclusion

Sustainability

### Media and partners

Advertise with us

Branding

United Shop

Global citizenship

### Business services

United business credit cards

United UATP®

United PassPlus℠

United PerksPlus℠

🌐 English - United States $ | Español

Contract of carriage

Lengthy tarmac delay plan

Legal information

Our United Customer Commitment

Help Center

Accessible travel

---

Privacy Policy

Interest Based Ads

United Jetstream⌁

---

Cargo⌁

---

◯  Search for a topic

STAY CONNECTED ⌁

Site Feedback

⌁ Indicates an external site that may or may not meet accessibility guidelines.  Copyright © 2022 United Airlines, Inc.
All rights reserved.

A STAR ALLIANCE MEMBER

> CoBrowse